■ In the Matter of PHOTIUS COUTSOUKIS, Appellant, v SUSAN SAMORA, Respondent. (Proceeding No. 1.) In the Matter of PHOTIUS COUTSOUKIS, Appellant, v SUSAN SAMORA, Respondent. (Proceeding No. 2.) In the Matter of PHOTIUS COUTSOUKIS, Appellant, v SUSAN SAMORA, Respondent. (Proceeding No. 3.) [697 NYS2d 118] —In related child custody proceedings pursuant to Family Court Act article 6, the father appeals from (1) an order of the Family Court, Westchester County (Braslow, J.),

dated March 16, 1998, which dismissed, without a hearing, his petition alleging violation of an out-of-State temporary custody order, (2) an order of the same court dated April 28, 1998, which dismissed, without a hearing, his petition seeking modification of an out-of-State custody order, and (3) an order of the same court dated May 29, 1998, which dismissed, without a hearing, his second petition seeking modification of the same out-of-State custody order.

Ordered that the orders are affirmed, with one bill of costs.

Contrary to the father's contention, the Family Court did not err in dismissing his petition for a change of custody without first conducting a hearing (*see, Matter of Ann C. v Debra S.,* 221 AD2d 338; *Matter of Wolfer v Dame,* 207 AD2d 898, 899). A parent who seeks a change of custody is not automatically entitled to a hearing but must make some evidentiary showing sufficient to warrant a hearing (*see, David W. v Julia W.,* 158 AD2d 1). Here, the Family Court, which had a familiarity with the history of the case, properly determined that the father failed to make a showing sufficient to warrant a hearing (*see, Teuschler v Teuschler,* 242 AD2d 289, 290; *Matter of Miller v Lee,* 225 AD2d 778, 779).

The father's remaining contentions are without merit. S. Miller, J. P., Sullivan, Altman and McGinity, JJ., concur.